TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00288-CR

Arthur William Smith, Jr., Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT

NO. CR-95-151, HONORABLE WILLIAM BENDER, JUDGE PRESIDING

PER CURIAM

 This is an appeal from an order revoking community supervision. The underlying conviction
is for forgery. The punishment is imprisonment for six years.

 Appellant's court-appointed attorney filed a brief concluding that the appeal is frivolous and
without merit. The brief meets the requirements of Anders v. California, 386 U.S. 738 (1967), by
presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be
advanced. See also Penson v. Ohio, 488 U.S. 75 (1988); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978); Currie v. State, 516 S.W.2d 684 (Tex. Crim. App. 1974); Jackson v. State, 485 S.W.2d
553 (Tex. Crim. App. 1972); Gainous v. State, 436 S.W.2d 137 (Tex. Crim. App. 1969). A copy of
counsel's brief was delivered to appellant, and appellant was advised of his right to examine the appellate
record and to file a pro se brief. No pro se brief has been filed.

 We have reviewed the record and counsel's brief and agree that the appeal is frivolous and
without merit. Further, we find nothing in the record that might arguably support the appeal.

 The order is affirmed.

Before Justices Powers, Jones and Kidd

Affirmed

Filed: April 3, 1997

Do Not Publish